

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00316-CV

Troy Dean **DEIKE**,
Appellant

v.

Vernon Henry **STAATS**, Individually
and As Executor of Estate of Vera Bruns Staats and Franklin James Staats,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 8584
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:   January 14, 2009

DISMISSED

     The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM